UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

22ND STREET FITNESS CORP.,

                          Plaintiff,

    -against-

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                         Defendant.

------------------------------------------------------------x

ORDER

19 Civ. 9714 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 14, 2020 conference is adjourned to June 16, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge