UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22ND STREET FITNESS CORP.,

                                Plaintiff,

      -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 9714 (GBD)

GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

     All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
        May 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge